UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
VAZQUEZ, LUIS M § Case No. 12-80497
VAZQUEZ, LILIA §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_ , for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_\_ , for total expenses of $ \_\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-80497 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | VAZQUEZ, LUIS M | | | Date Filed (f) or Converted (c): | 02/15/12 (f) |
| | VAZQUEZ, LILIA | | | 341(a) Meeting Date: | 03/22/12 |
| For Period Ending: | 06/19/13 | | | Claims Bar Date: | 03/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House 1364 Pondview Drive Belvidere, IL 61008 Purc | 149,833.00 | 0.00 | | 0.00 | FA |
| 2. House 515 Columbia Avenue Elgin, IL 60120 Purchase | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. Residence 10465 Casselberry South Huntley, IL 6014 | 233,193.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 5. Checking Algonquin Bank & Trust Acct #xxxxxx2917 | 250.00 | 0.00 | | 0.00 | FA |
| 6. Checking Algonquin Bank & Trust Acct #xxxxxx2917 | 400.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods & Furnishings | 375.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2000 Chevrolet Sonoma | 875.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Chevrolet Blazer | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Tank & Trailer for Sealcoating | 200.00 | 0.00 | | 0.00 | FA |
| 12. Income Tax Refund (u) | 0.00 | 5,455.00 | | 5,455.00 | FA |
| 13. Sealexpress Trucking, Inc. 100% owner | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $486,746.00 | $5,455.00 | | $5,455.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/13    Current Projected Date of Final Report (TFR): 09/01/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-80497 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | VAZQUEZ, LUIS M | | Bank Name: | CONGRESSIONAL BANK |
| | VAZQUEZ, LILIA | | Account Number / CD #: | *******9363 GENERAL CHECKING |
| Taxpayer ID No: | *******6072 | | | |
| For Period Ending: | 06/19/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | 12 | LUIS AND LILIA VAZQUEZ | INCOME TAX REFUND | 1229-000 | 5,455.00 | | 5,455.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 5,445.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 5,435.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 5,425.00 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | | 2300-000 | | 4.48 | 5,420.52 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (May, 2013) | 2600-000 | | 10.00 | 5,410.52 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 5,455.00 | 44.48 | 5,410.52 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,455.00 | 44.48 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,455.00 | 44.48 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********9363 | 5,455.00 | 44.48 | 5,410.52 |
| | ----------------- | ----------------- | ----------------- |
| | 5,455.00 | 44.48 | 5,410.52 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     5,455.00     44.48

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 19, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-80497  
Debtor Name: VAZQUEZ, LUIS M  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $4.48 | $4.48 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $600.00 | $600.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $2.70 | $2.70 |
| 000001<br>070<br>7100-00 | Advantage Assets II, Inc.<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 | Unsecured | | $0.00 | $3,700.41 | $3,700.41 |
| 000002<br>070<br>7100-00 | Cavalry Portfolio Services<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | | $0.00 | $6,382.68 | $6,382.68 |
| 000003<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | | $0.00 | $3,054.94 | $3,054.94 |
| 000004<br>070<br>7100-00 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $3,060.20 | $3,060.20 |
| 000005<br>070<br>7100-00 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of LANE BRYANT<br>RETAIL / WFNN<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $666.02 | $666.02 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of CITIBANK - SEARS<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $1,443.02 | $1,443.02 |
| 000007<br>070<br>7100-00 | Rockford Mercantil Agency Inc<br>2502 S Alpine Rd<br>Rockford, IL 61108 | Unsecured | | $0.00 | $870.44 | $870.44 |
| 000008<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $678.82 | $678.82 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 19, 2013

Case Number: 12-80497
Debtor Name: VAZQUEZ, LUIS M

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Portfolio Recovery Associates, LLC Successor to CITIFINANCIAL,INC. by PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $2,728.92 | $2,728.92 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC Successor to HSBC BANK NEVADA, N.A. by PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $3,838.47 | $3,838.47 |
| 000011 070 7100-00 | American InfoSource LP as agent for AIS Recovery Solutions, LLC PO Box 269043 Oklahoma City, OK 73126-9043 | Unsecured | | $0.00 | $1,288.38 | $1,288.38 |
| | Case Totals: | | | $0.00 | $28,319.48 | $28,319.48 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-80497
Case Name: VAZQUEZ, LUIS M
              VAZQUEZ, LILIA
Trustee Name: DANIEL M. DONAHUE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc. | $ | $ | $ |
| 000002 | Cavalry Portfolio Services | $ | $ | $ |
| 000003 | PNC BANK | $ | $ | $ |
| 000004 | State Farm Bank | $ | $ | $ |
| 000005 | American InfoSource LP as agent for | $ | $ | $ |
| 000006 | American InfoSource LP as agent for | $ | $ | $ |
| 000007 | Rockford Mercantil Agency Inc | $ | $ | $ |
| 000008 | GE Capital Retail Bank | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000011 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE