UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| VAZQUEZ, LUIS M | § | Case No. 12-80497 |
| VAZQUEZ, LILIA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 7/31/2013 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VAZQUEZ, LUIS M | § | Case No. 12-80497 |
| VAZQUEZ, LILIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,455.00 |
| and approved disbursements of | $ | 44.48 |
| leaving a balance on hand of[1] | $ | 5,410.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,295.50 | $ 0.00 | $ 1,295.50 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 600.00 | $ 0.00 | $ 600.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 2.70 | $ 0.00 | $ 2.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,898.20 |
| Remaining Balance | $ 3,512.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,712.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc. | $ 3,700.41 | $ 0.00 | $ 469.00 |
| 000002 | Cavalry Portfolio Services | $ 6,382.68 | $ 0.00 | $ 808.96 |
| 000003 | PNC BANK | $ 3,054.94 | $ 0.00 | $ 387.19 |
| 000004 | State Farm Bank | $ 3,060.20 | $ 0.00 | $ 387.86 |
| 000005 | American InfoSource LP as agent for | $ 666.02 | $ 0.00 | $ 84.41 |
| 000006 | American InfoSource LP as agent for | $ 1,443.02 | $ 0.00 | $ 182.89 |
| 000007 | Rockford Mercantil Agency Inc | $ 870.44 | $ 0.00 | $ 110.32 |
| 000008 | GE Capital Retail Bank | $ 678.82 | $ 0.00 | $ 86.04 |
| 000009 | Portfolio Recovery Associates, LLC | $ 2,728.92 | $ 0.00 | $ 345.87 |
| 000010 | Portfolio Recovery Associates, LLC | $ 3,838.47 | $ 0.00 | $ 486.49 |
| 000011 | American InfoSource LP as agent for | $ 1,288.38 | $ 0.00 | $ 163.29 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,512.32 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-80497-TML
Luis M Vazquez                                                         Chapter 7
Lilia Vazquez
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 6             Date Rcvd: Jul 11, 2013
                              Form ID: pdf006            Total Noticed: 223

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
```
db         +Luis M Vazquez,    10465 Caselberry,    Huntley, IL 60142-9005
jdb        #+Lilia Vazquez,    1364 Pondview Drive,    Belvidere, IL 61008-9035
18489246   +A Law Office of Crosby and Associates,    PC & American Law Firm PC,   475 Executive Parkway,
             Rockford, IL 61107-5282
18489261   +AR Concepts. INC,    33 W. Higgins Rd. Suite 715,    South Barrington, IL 60010-9103
18489267   +ATG Credit,    P.O. Box 14895,    Chicago, IL 60614-8542
18489249    Academy Collection Service,    10965 Decatur Road,    Philadelphia, PA 19154-3210
18489250    Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
18489251   +Accounts Receivable Mg,    7834 N 2nd St Ste 5,    Machesney Park, IL 61115-2871
19832300   +Advantage Assets II, Inc.,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
18489253    Air Tran,   Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
18489254   +Algonquin Lake In The Hills FPD,    PO Box 457,    Wheeling, IL 60090-0457
18489255   +All Care Dental & Dentures,    PO Box 369,    Clarence, NY 14031-0369
18489258    Allied Interstate,   POB 1962,    Southgate, MI 48195-0962
18489259   +American Marketing & Publishing,    PO Box 801,    Dekalb, IL 60115-0801
18489260   +Anthony F Molinari MD., LLC,    P.O. Box 15840,    Loves Park, IL 61132-5840
18489265    Associated Recovery Systems,    POB 469046,    Escondido, CA 92046-9046
18489266   +Associates In Pediatrics SC,    1015 Summit ST,    Elgin, IL 60120-4302
18489268   +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
18489270    Blatt, Hasenmiller, Leibsker & Moore LLC,    125 South WackerDr, Suite 400,
             Chicago, IL 60606-4440
18489271   +Blatt, Hasenmiller, Leibsker & Moore LLC,    POB 489,    Normal, IL 61761-0489
18489272   +Bohlman Law Offices PC,    780 McArdle Drive,    Crystal Lake, IL 60014-8155
18489273    Bostwick Lab, INC.,    PO Box 403751,    Atlanta, GA 30384-3751
18489274    Bureau Of Collection Recovery LLC,    POB 9001,    Minnetonka, MN 55345-9001
18489275   +Business Revenue Systems, Inc,    McHenry Radiologists & Imaging Assoc,    PO Box 220,
             McHenry, IL 60051-0220
18489276    CAC Financial Corp,    2601 NW Expressway Suite 1000 East,    Oklahoma City, OK 73112-7236
18489280    CCA,   P.O. Box 806,    Norwell, MA 02061-0806
18489283   +CEP America Illinois PC,    PO Box 582663,    Modesto, CA 95358-0070
18489462   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: WaMu,    P.O. Box 660433,    Dallas, TX 75266-0433)
18489281    Centegra Health System,    PO Box 5995,    Peoria, IL 61601-5995
18489282   +Centegra Health System,    13707 W Jackson Street,    Woodstock, IL 60098-3188
18489285   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18489286    Chase Card Member Services,    P.O, Box 15153,    Wilmington, DE 19886-5153
18489289   +Client Services, Inc,    3451 Harry Truman Blvd,    St. Charles, MO 63301-9816
18489291    Comprehensive Urological Care,    2285 Pepper Rd,    Barrington, IL 60010-0301
18489292    Credit Management, LP,    PO BOX 118288,    Carrollton, TX 75011-8288
18489293   +Creditors Collection B,    11 N 6th St Ste B,    Pekin, IL 61554-3399
18489294   +Creditors Financial Group LLC,    POB 440290,    Aurora, CO 80044-1500
18489298   +Dr Zoran D Stojanovic & Assoc, LTD,    712 Main Street,    West Dundee, IL 60118-2028
18489299   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18489300    Encore Receivable Management Inc.,    400 N. Rogers Rd.,   P.O. Box 3330,    Olathe, KS 66063-3330
18489305    Er Solutions Inc,    PO Box 9004,    Renton, WA 98057-9004
18489306    Express Response,    PO Box 406,    Frmngdale, NY 11735-0406
18489307   +FBCS Services,    2200 Byberry Rd Ste 120,    Hatboro, PA 19040-3797
18489316   ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,    Suite 150,    1130 Northchase Parkway,
             Marietta, GA 30067)
18489308   +Fcnb Mstr Tr,    P.o. Box 3412,    Omaha, NE 68197-0001
18489309   +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
18489311    First Federal Credit Control,    PO Box20790,    Columbus, OH 43220-0790
18489312   +First National Collections Bureau,    610 Waltham WAy,    Sparks, NV 89434-6695
18489313   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
18489314   +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
18489317    Fox Valley Laboratory Physicians, S.C,    Po Box 5133,    Chicago, IL 60680-5133
18489318   +Fox Valley Womens Healthcare SC,    1435 N Randall Rd., Ste 309,    Elgin, IL 60123-2304
18489319   #+Frederick J Hanna & Associates P.C.,    1427 Roswell Rd,    Marietta, GA 30062-3668
18489320   #+Freedman Anselmo Lindberg LLC,    1807 West Diehl Road, Suite 333,    Naperville, IL 60563-1890
18489321   +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
18489328   +GGT Comprehensive Urologic Care,    22285 Pepper Rd Ste201,    Barrington, IL 60010-2540
18489329    GK Medical Management,    PO Box 1208,    Morton Grove, IL 60053-7208
18548049   +GREEN TREE SERVICING LLC,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
             1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
18489322   +Gastroenterology & Internal Medicine Spc,    22285 Pepper Road, Suite 311,
             Lake Barrington, IL 60010-2541
18489326    Genesis Financial Solutions, Inc.,    PO Box 4865,    Beaverton, OR 97076-4865
18489327    Genpact Services LLC,    Southgate, MI 48195-0969
18489330   +Greater Elgin Emergency Specialists, LTD,    PO Box 5940 20-1105,   Carol Stream, IL 60197-5940
18489332   +H&R Accounting Inc,    P.O&gt; Box 672,    7017 John Deere Pkwy,    Moline, IL 61265-8072
18489337   +HOme Pages,    PO Box 982,    Dekalb, IL 60115-0982
```

```
District/off: 0752-3          User: cshabez              Page 2 of 6                   Date Rcvd: Jul 11, 2013
                              Form ID: pdf006            Total Noticed: 223

18489339      HSBC Card Services,   POB 17051,    Baltimore, MD 21297-1051
18489333     +Harris,   222 Merchandise Mart Plz,    Chicago, IL 60654-1103
18489335     +Harris & Harris LTD,   222 Merchandise Plaza,    Suite 1900,    Chicago, IL 60654-1421
18489334     +Harris & Harris LTD,   600 West Jackson Blvd,    Suite 400,    Chicago, IL 60661-5675
18489336     +Home Depot Credit Services,    PO Box 689100,   Des Moines, IA 50368
18489338      Household Credit Services,    PO Box 88000,   Baltimore, MD 21288-0001
18489340     +Huntley Meadows Homeowners,    C/O Northwest Property Management,     780 Tek Drive,
               Crystal Lake, IL 60014-8100
18489341      I H C Swedish American Emergency Physica,    PO Box 3261,    Milwaukee, WI 53201-3261
18489343     +Illinois Collection Service,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
18489344      Illinois Collection Service Inc.,    PO Box 1010,    Tinley Park, IL 60477-9110
18489345     +J.C. Christensen And Associates Inc,    PO Box 519,    Sauk Rapids, MN 56379-0519
18489346     +JC Christensen & Assoc,   POB 519,    Sauk Rapids, MN 56379-0519
18489349     +Keynote Consulting,   220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
18489350     +Kids First Pediatric Dentistry,    1534 Weatherstone Lane,    Elgin, IL 60123-2019
18489355      LHR INC.,   56 Main St,    Hamburg, NY 14075-4905
18489357     +LTD Financial Services,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
18489370      MOHs Surgery Center,    820 W TErra Cotta Ave, Suite 125,    Crystal Lake, IL 60014
18489359      Macy’s,   POB 689195,    Des Moines, IA 50368-9195
18489360     +Malibu Pilates,   95 Old Shoals Road, Dept C,    Arden, NC 28704-9401
18489361      McHenry Radiologists Imaging Assoc,    PO Box 220,    McHenry, IL 60051-0220
18489362     +Med Busi Bur,   1460 Renaissance D,    Park Ridge, IL 60068-1349
18489364      MedLink Health Care Networks,    6830 Wilshire Blvd, Suite 900,    Los Angles, CA 90048
18489363     +Medical Dental Hospital Bureau,    7507 N. 2nd Street Unit C,    Machesney Park, IL 61115-2867
18489371      Moraine Emergency Physicians,    P.O. Box 8759,    Philadelphia, PA 19101-8759
18489372     +Mutual Management,   401 E State,    Rockford, IL 61104-1027
18489373     +Mutual Management Services,    POB 4777,   Rockford, IL 61110-4777
18489374     +Mutual Mgmt,   401 E State,    Rockford, IL 61104-1027
18489381     +NCC Business Services, INC,    Suite 300,    3733 University Blvd.,    Jacksonville, FL 32217-2103
18489390     +NOrthwest Community Hospital,    800 West Central Rd,    Arlington Heights Rd, IL 60005-2392
18489376      National CiMortgage,   PO BOX 1820,    Dayton, OH 45401-1820
18489377      National City Bank,   PO Box 5570,    Cleveland, OH 44101-0570
18489378      National Recovery Agency,    PO 67015,    Harrisburg, PA 17106-7015
18489379     +Nationwide Credit Inc,    4700 Vestal Pkwy E,   Vestal, NY 13850-4750
18489380     +Natl Cty Crd,   1 Financial Pkwy,    Kalamazoo, MI 49009-8003
18489384      Nitin Kher Md,   PO Box 787,    McHenry, IL 60051-9013
18489386     +Northern Illinois Retina,    4855 East State Street,    Rockford, IL 61108-2260
18489387     +Northland Group,   POB 390846,    Minneapolis, MN 55439-0846
18489388      Northstar Location Services, LLC,    4285 Genesee St,    Cheektowaga, NY 14225-1943
18489391      Northwest Suburban Imaging Assoc SC,    34659 Eagle Way,    Chicago, IL 60678-1346
18489392     +Nothland Group Inc,   PO BOx 390846,    Minneapolis, MN 55439-0846
18489397     +OSF Health Medical Center,    5510 East State Street,    Rockford, IL 61108-2381
18489398      OSF St. Anthony Medical Center,    5510 East State Street,    Rockford, IL 61108-2381
18489394      Omni Credit Services Of Florida Inc,    PO BOX 23381,    Tampa, FL 33623-3381
18489395      Oriental Trading Company,    PO Box 790403,    St Louis, MO 63179-0403
18489396     +Orthopedic Associates Of No IL,    1235 N Mulford Rd,    Suite 100,    Rockford, IL 61107-3879
20039697     +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
18548050     +PNC BANK, N.A.,   Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,     1 North Dearborn, Suite 1300,
               Chicago, Illinois 60602-4373
18489406      PNC Bank,   P.O. Box 3429,    Pittsburgh, PA 15230-3429
20193198    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     Successor to CITIFINANCIAL,INC.,
               by PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541)
18489399     +Paam Col,   14 Piedmont Center,    Atlanta, GA 30305-4535
18489401     +Paul A. Krieg, Ltd,   226 W. Judd Street,    Woodstock, IL 60098-3158
18489402    #+Paul Michael Associates,    186-09 Union Turnpike,    Flushing, NY 11366-1741
18489404     +Pediatric Eye Associates,    3612 Lake Avenue 2C,    Wilmette, IL 60091-1000
18489405      Pentagroup Financial LLC,    Suite 1400,    2929 Corporate Dr,    Houston, TX 77036
18489407     +Pnc Mortgage,   3232 Nemark Dr,    Miamisburg, OH 45342-5433
18489408     +Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18489409      Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
18489410     +RAB INC,   C/O CCSI,    PO Box 34119,    Memphis, TN 38184-0119
18489418     +RMH Pathologists Ltd,    C/O Professional Billing,    6785 Weaver Rd #D,    Rockford, IL 61114-8057
18489433      RPM,   PO BOX 1548,    Lynwood, WA 98046-1548
18489432      RPM,   T-Mobile,    10465 Casselberry,    Huntly, IL 60142-9005
18489412     +Randall Medical Imaging,    1710 N Randall Rd Ste 180,    Elgin, IL 60123-9403
18489413     +Rauch Milliken International Inc,    POB 8390,    Metairie, LA 70011-8390
18489416      Regina B Bielkus Md,    PO Box 967,    Tinley Park, IL 60477-0967
18489417     +Richard J. Boudreau & Associates LLC,    5 Industrial Way,    Salem, NH 03079-4866
18489420      Rockford Anesthesiologist Associated,    PO Box 4569,    Rockford, IL 61110-4569
18489422      Rockford GHeHealth Physicians,    Dept Ch 10862,    Palatine, IL 60055-0862
18489421     +Rockford Gastroenterology Assoc,    401 Roxbury Road,    Rockford, IL 61107-5078
18489423     +Rockford Health Medical Lab,    P.O. Box 138,   Rockford, IL 61105-0138
18489424     +Rockford Health Physicians,    6785 Weaver Rd. Suite D,    Rockford, IL 61114-8057
18489425     +Rockford Health Physicians,    Dept Ch 10862,    Palatine, IL 60055-0001
18489426     +Rockford Health System,    2400 North Rockton Ave,    Rockford, IL 61103-3655
18489427      Rockford Health System,    PO BOX 14125,    Rockford, IL 61105-4125
18489428     +Rockford Mercantile Agency Inc,    2502 S Alpine Rd,    Rockford, IL 61108-7813
18489429     +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
20186008     +Rockford Mercantile Agency, Inc.,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
```

```
District/off: 0752-3          User: cshabez              Page 3 of 6              Date Rcvd: Jul 11, 2013
                              Form ID: pdf006            Total Noticed: 223

18489430     #Rockford Radiology Assoc.,    POB 5368,    Rockford, IL 61125-0368
18489431     +Rockford Urological Associates, LTD.,    351 Executive Pkwy,   Rockford, IL 61107-5298
18489441     +SRA Associates Inc,    401 Minnetonka Rd,   Hi Nella, NJ 08083-2914
18489435      Sears Credit Cards,    POB 183082,   Columbus, OH 43218-3082
18489436     +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
18489438      Sherman Health Hospital,    1425 Northa Randall Road,    Elgine, IL 60123
18489437      Sherman Health Hospital,    351134 Eagle Way,    Chicago, IL 60678-1351
18489439     +Sherman Hospital,    1425 North Randall Rd,    Elgin, IL 60123-2300
18489440      Signature Medical Asscoiation,    75 Remittance Dr., Suite 6531,   Chicago, IL 60675-6531
18489442     +Stanislaus Credit Control Service,    914 14th Street,   Post Office Box 480,
               Modesto, CA 95353-0480
18489443     +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20044646      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18489444      State Farm Insurance,    PO Box 23025,   Colombus, GA 31902-3025
18489445      Stellar Recovery,    1327 Highway 2 W. Suite 100,   Kalispell, MT 59901-3413
18489446      Sunrise Credit Services,    POB 9100,   Farmingdale, NY 11735-9100
18489447     +Swedish American Hospital,    PO Box 950,    Waukegan, IL 60079-0950
18489450     +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
18489451     +The Foot Physicians,    331 N Randall Rd,    Lake In The Hills, IL 60156-5961
18489452     +The Neat Company,    Dr Billing Department,    1601 MArket St. Suite 3500,
               Philadelphia, PA 19103-2342
18489453      The Rockford Surgical Service,    5668 East State Street,   Rockford, IL 61108-2464
18489454     +The Shindler Law Firm,    1990 E Algonquin Rd, Suite 180,    Schaumburg, IL 60173-4164
18489245     +Vazquez Lilia,    1364 Pondview Drive,   Belvidere, IL 61008-9035
18489244     +Vazquez Luis M,    10465 Caselberry,   Huntley, IL 60142-9005
18489458     +Verizon Wireless,    5165 Emerald Pkwy,   Dublin, OH 43017-1063
18489460      Village Of Arlington Heights,    PO Box 95349,   Palatine, IL 60095-0349
18489464     +Wfnnb/lanebr,    Po Box 182789,   Columbus, OH 43218-2789
18489465     +Wibicki Family Dental,    4 Cedar Ridge Drive #4F,   Lake In The Hills, IL 60156-4712
18489466     +Wireless 4 U,    1072 Spring Hill,   West Dundee, IL 60118-1256
18489467      Womens Center Of Northern Illinois,    10310 MAson Ave #1 N,   Oak Lawn, IL 60453-6000
18489468     +Work Plus Occupational Health,    3101 N. Harlem Ave.,    Chicago, IL 60634-4543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18489247     +E-mail/Text: jpietig@aamsonline.com Jul 12 2013 00:08:57      AAMS,   PO Box 65576,
               West Des Moines, IA 50265-0576
18489248     +E-mail/Text: jpietig@aamsonline.com Jul 12 2013 00:08:57      Aams Llc,   4800 Mills Civic Pkwy St,
               West Des Moines, IA 50265-5265
18489252     +E-mail/PDF: recoverybankruptcy@afninet.com Jul 12 2013 00:10:49      Afni, Inc,   PO Box 3427,
               1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
18489256     +E-mail/Text: roy.buchholz@allianceoneinc.com Jul 12 2013 00:07:58      Alliance One,   Suite 300,
               4850 Street Rd,   Trevose, PA 19053-6643
18489257     +E-mail/Text: acsofcalifornia@gmail.com Jul 12 2013 00:09:23      Allied Coll,
               7120 Hayvenhurst Ave Ste,    Van Nuys, CA 91406-3843
20197613      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:21:16
               American InfoSource LP as agent for,    AIS Recovery Solutions, LLC,   PO Box 269043,
               Oklahoma City, OK 73126-9043
20165252      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:12:32
               American InfoSource LP as agent for,    Asset Acceptance,   as assignee of CITIBANK - SEARS,
               PO Box 248838,   Oklahoma City, OK 73124-8838
20165249      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:12:53
               American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of LANE BRYANT RETAIL / WFNN,    PO Box 248838,   Oklahoma City, OK 73124-8838
18489262      E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 12 2013 00:07:22      Armor Systems Corp,
               1700 Kiefer Dr Suite 1,    Zion, IL 60099-5105
18489263     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 12 2013 00:06:33      Asset Acceptance Llc,
               Pob 1630,   Warren, MI 48090-1630
18489264      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 12 2013 00:06:33      Asset Acceptance, LLC,
               POB 2036,   Warren, MI 48090-2036
18489277      E-mail/Text: bankruptcy@cavps.com Jul 12 2013 00:09:46      Cavalry Portfolio Serv,
               7 Skyline Dr Ste 3,    Hawthorne, NY 10532
19861740     +E-mail/Text: bankruptcy@cavps.com Jul 12 2013 00:09:46      Cavalry Portfolio Services,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
18489278      E-mail/Text: bankruptcy@cavps.com Jul 12 2013 00:09:47      Cavalry Portfolio Services Inc,
               PO Box 27288,   Tempe, AZ 85285-7288
18489284     +E-mail/Text: contact@csicollects.com Jul 12 2013 00:07:29      Certified Services Inc,
               1733 Washington St Ste 2,    Waukegan, IL 60085-5192
18489290     +E-mail/Text: Bk@c2cfsi.com Jul 12 2013 00:09:13      Coast 2 Coast Financia,
               101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
18489295     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jul 12 2013 00:07:14      Creditors Protection S,
               202 W State St Ste 300,    Rockford, IL 61101-1163
18489296      E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jul 12 2013 00:07:15
               Creditors Protection Service, INC.,    202 West State Street, Suite 300,   P.O. Box 4115,
               Rockford, IL 61110-0615
18489297      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:12:30      Dick’s Sporting Goods,
               GE Money Bank,   PO BOx,    Orlando, FL 32896-0061
18489301      E-mail/Text: bknotice@erccollections.com Jul 12 2013 00:09:16      Enhanced Recover Company LLC,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18489302     +E-mail/Text: bknotice@erccollections.com Jul 12 2013 00:09:16      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
```

```
District/off: 0752-3          User: cshabez              Page 4 of 6            Date Rcvd: Jul 11, 2013
                              Form ID: pdf006            Total Noticed: 223


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18489303      E-mail/Text: bknotice@erccollections.com Jul 12 2013 00:09:16     Enhanced Recovery Company LLC,
              8014 Bayberry Rd,    Jacksonville, FL  32256-7412
18489304     +E-mail/Text: BKNOTICES@EAFLLC.COM Jul 12 2013 00:08:20     Equable Ascent Financi,
              1120 West Lake Co,    Buffalo Grove, IL  60089-1970
18489310      E-mail/Text: data_processing@fin-rec.com Jul 12 2013 00:08:26     Financial Recovery Services,
              POB 385908,    Minneapolis, MN  55438-5908
20192877      E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2013 00:11:54     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18489324      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:10:37     GE Money Bank,   PO Box 960061,
              Orlando, FL  32896-0061
18489331      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:21:15     Green Tree Servicing L,
              332 Minnesota St Ste 610,    Saint Paul, MN  55101
18489321      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:21:14     Gap,   PO Box 530942,
              Atlanta, GA  30353-0942
18489325     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:10:41     Gecrb/gap,   Po Box 965005,
              Orlando, FL 32896-5005
18489342     +E-mail/Text: Bankruptcy@icsystem.com Jul 12 2013 00:09:13     I.C. System, INC.,   PO Box 64887,
              444 Highway 96 East,    St Paul, MN 55127-2557
18489347      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:10:41     Jcpenney,   P.O&gt; Box 960090,
              Orlando, FL  32896-0090
18489348     +E-mail/Text: ebnsterling@weltman.com Jul 12 2013 00:06:25     Kay Jewelers,   375 Ghent Rd,
              Akron, OH 44333-4600
18489351     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2013 00:06:22     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18489354     +E-mail/Text: bankruptcy@leadingedgerecovery.com Jul 12 2013 00:09:12
              Leading Edge Recovery Solutions, LLC,    5440 N Cumberland Ave, Ste 300,    Chicago, IL 60656-1486
18489356      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:12:52     Lowes,   PO Box 530914,
              Atlanta, GA  30353-0914
18489358     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 12 2013 00:05:57     Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
18489365      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:10:41     Meijer,   PO Box 960015,
              Orlando, FL  32896-0015
18489366      E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2013 00:06:40     Midland Credit Management,
              PO Box 60578,    Los Angles, CA  90060-0578
18489367     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2013 00:06:40     Midland Credit Mgmt In,
              8875 Aero Dr,   San Diego, CA 92123-2255
18489368      E-mail/Text: mmrgbk@miramedrg.com Jul 12 2013 00:09:14     Mira Med Revenue Group LLC.,
              Dept 77304,   P.O. Box 77000,    Detroit, MI  48277-0304
18489369     +E-mail/Text: mmrgbk@miramedrg.com Jul 12 2013 00:09:14     Miramedrg,   991 Oak Creek Dr,
              Lombard, IL 60148-6408
18489382     +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 12 2013 00:09:30     NCO Financial Systems,
              POB 4906, Dept 64,    Trenton, NJ 08650-4906
18489383     +E-mail/Text: bankrup@aglresources.com Jul 12 2013 00:06:02     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
18489389     +E-mail/Text: clientservices@northwestcollectors.com Jul 12 2013 00:08:21     Northwest Collectors,
              3601 Algonquin Rd,    Rolling Meadow, IL 60008-3143
18489414      E-mail/Text: rdkcollects@gmail.com Jul 12 2013 00:08:50     RDK Collection Services, INC,
              PMB 321,   318 John R Rd,    Troy, MI  48083-4542
18489434      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:12:30     Sam’s Club/GEMB,   POB 530981,
              Atlanta, GA  30353-0981
18489448      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:12:32     T Mobile,   POB 248848,
              Oklahoma City, OK  73124-8848
18489455      E-mail/Text: bankruptcydepartment@ncogroup.com Jul 12 2013 00:09:30     Transworld System Inc,
              PO Box 15520,    Wilmington, DE  19850-5520
18489456      E-mail/Text: cgreene@3timaging.com Jul 12 2013 00:08:31     Triad Radiology & Imaging LTD,
              8930 Waukegan Road, Ste 210,    Morton Grove, IL  60053-2116
18489457      E-mail/Text: bnc@ursi.com Jul 12 2013 00:08:13     United Recovery Systems,   PO Box 722910,
              Houston, TX  77272-2910
18489459     +E-mail/Text: edinkel@vikingservice.com Jul 12 2013 00:07:50     Viking Collection Services,
              7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
18489461     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:10:42     WAlmart,   7000 Marina Blvd,
              Brisbane, CA 94005-1815
18489463     +E-mail/Text: BKRMailOps@weltman.com Jul 12 2013 00:09:17     Weltman Weinberg & Reis CO., LPA,
              323 W. Lakeside Ave., Ste 200,    Cleveland, OH 44113-1099
                                                                                               TOTAL: 53

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20193199*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                Successor to HSBC BANK NEVADA, N.A.,    by PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541)
18489269     ##+Belvidere Family Dental,   1931 North State St,   Belvidere, IL 61008-1948
18489279     ##+CBE Group,   Suite 100,   131 Tower Park Dr,   Waterloo, IA 50701-9374
18489287     ##+Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
18489288     ##Citifinancial,   POB 6931,   The Lakes, NV  88901-6931
18489315     ##+FMA Alliance Ltd,   11811 North Freeway,   Suite 900,   Houston, TX 77060-3292
18489352     ##Lane Bryant,   P.O. Box 408,   Milford, OH  45150-0408
18489353     ##+Law Offices Kevin M Kelly P.C.,   10 E. 22nd St, Suite 216,   Lombard, IL 60148-6108
```

```
District/off: 0752-3          User: cshabez              Page 5 of 6              Date Rcvd: Jul 11, 2013
                              Form ID: pdf006            Total Noticed: 223


              ***** BYPASSED RECIPIENTS (continued) *****
18489375    ##National Asset Recovery Services Inc.,    PO Box 701,    Chesterfield, MO 63006-0701
18489385    ##+Northern IL Scanning,    P.O. Box 4073,    Rockford, IL 61110-0573
18489393    ##+Oakland Medical Group,    4900 S. Route 31 Ste 120,    Crystal Lake, IL 60012-3706
18489400    ##+Paragon Way Inc,    2101 W Ben White Blvd,    Austin, TX 78704-7517
18489403    ##+Paul Michael Marketing,    18609 Union Tpke,    Flushing, NY 11366-1741
18489411    ##Radiology Consultants Of Rockford LTD,    P.O. Box 4542,    Rockford, IL 61110-4542
18489415    ##Redline Recovery Services LLC,    11675 Rainwater Dr.,,    Suite 350,    Alpharetta, GA 30009-8693
18489419    ##Rock Valley Pathologists, LTD.,    P.O. Box 15258,    Rockford, IL 61132-5258
18489449    ##Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
                                                                                     TOTALS: 0, * 1, ## 16
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 6 of 6                Date Rcvd: Jul 11, 2013
                              Form ID: pdf006            Total Noticed: 223
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2013 at the address(es) listed below:

              Andrew J Nelson     on behalf of Creditor    Green Tree Servicing LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Andrew J Nelson     on behalf of Creditor    PNC Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
              Dana N O'Brien     on behalf of Creditor    PNC Bank, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Daniel  Donahue     on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue     on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Yanick  Polycarpe     on behalf of Creditor    Green Tree Servicing LLC ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 9