# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
VAZQUEZ, LUIS M                           §        Case No. 12-80497
VAZQUEZ, LILIA                            §
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on             .  The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DANIEL M. DONAHUE _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAMS PO Box 65576 West Des Moines, IA  50265 | | | | | |
| | AAMS PO Box 65576 West Des Moines, IA  50265 | | | | | |
| | AR Concepts. INC 33 W. Higgins Rd. Suite 715 South Barrington, IL  60010 | | | | | |
| | ATG Credit P.O. Box 14895 Chicago, IL  60614-4895 | | | | | |
| | ATG Credit P.O. Box 14895 Chicago, IL  60614-4895 | | | | | |
| | Aams Llc 4800 Mills Civic Pkwy St West Des Moines, IA 50265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aams Llc 4800 Mills Civic Pkwy St West Des Moines, IA 50265 | | | | | |
| | Aams Llc 4800 Mills Civic Pkwy St West Des Moines, IA 50265 | | | | | |
| | Aams Llc 4800 Mills Civic Pkwy St West Des Moines, IA 50265 | | | | | |
| | Aams Llc 4800 Mills Civic Pkwy St West Des Moines, IA 50265 | | | | | |
| | Academy Collection Service 10965 Decatur Road Philadelphia, PA  19154-3210 | | | | | |
| | Accounts Receivable Management PO Box 129 Thorofare, NJ  08086-0129 | | | | | |
| | Accounts Receivable Mg 7834 N 2nd St Ste 5 Machesney Park, IL  61115 | | | | | |
| | Afni, Inc PO Box 3427 1310 Martin Luther King Dr Bloomington, IL  61702-3427 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Air Tran Card Services P.O. Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | Algonquin Lake In The Hills FPD PO Box 457 Wheeling, IL  60090 | | | | | |
| | All Care Dental & Dentures PO Box 369 Clarence, NY 14031-0369 | | | | | |
| | Alliance One Suite 300 4850 Street Rd Trevose, PA  19053 | | | | | |
| | Allied Coll 7120 Hayvenhurst Ave Ste Van Nuys, CA  91406 | | | | | |
| | Allied Interstate POB 1962 Southgate, MI  48195-0962 | | | | | |
| | Allied Interstate POB 1962 Southgate, MI  48195-0962 | | | | | |
| | Allied Interstate POB 1962 Southgate, MI  48195-0962 | | | | | |
| | American Marketing & Publishing PO Box 801 Dekalb, IL  60115 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthony F Molinari MD., LLC P.O. Box 15840 Loves Park, IL  61111 | | | | | |
| | Armor Systems Corp 1700 Kiefer Dr Suite 1 Zion, IL 60099-5105 | | | | | |
| | Asset Acceptance Llc Pob 1630 Warren, MI  48090 | | | | | |
| | Asset Acceptance Llc Pob 1630 Warren, MI  48090 | | | | | |
| | Asset Acceptance, LLC POB 2036 Warren, MI  48090-2036 | | | | | |
| | Associated Recovery Systems POB 469046 Escondido, CA 92046-9046 | | | | | |
| | Associated Recovery Systems POB 469046 Escondido, CA 92046-9046 | | | | | |
| | Associates In Pediatrics SC 1015 Summit ST Elgin, IL 60120-4362 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware P.o. Box 8803 Wilmington, DE 19899 | | | | | |
| | Belvidere Family Dental 1931 North State St Belvidere, IL 61008 | | | | | |
| | Belvidere Family Dental 1931 North State St Belvidere, IL 61008 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC 125 South WackerDr, Suite 400 Chicago, IL 60606-4440 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore LLC POB 489 Normal, IL 61761 | | | | | |
| | Bostwick Lab, INC. PO Box 403751 Atlanta, GA 30384-3751 | | | | | |
| | Bureau Of Collection Recovery LLC POB 9001 Minnetonka, MN 55345-9001 | | | | | |
| | Business Revenue Systems, Inc McHenry Radiologists & Imaging Assoc PO Box 220 McHenry, IL 60051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAC Financial Corp 2601 NW Expressway Suite 1000 East Oklahoma City, OK 73112-7236 | | | | | |
| | CAC Financial Corp 2601 NW Expressway Suite 1000 East Oklahoma City, OK 73112-7236 | | | | | |
| | CBE Group Suite 100 131 Tower Park Dr Waterloo, IA 50701 | | | | | |
| | CCA P.O. Box 806 Norwell, MA  02061-0806 | | | | | |
| | CEP America Illinois PC PO Box 582663 Modesto, CA 95358-0046 | | | | | |
| | CEP America Illinois PC PO Box 582663 Modesto, CA 95358-0046 | | | | | |
| | CEP America Illinois PC PO Box 582663 Modesto, CA 95358-0046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CEP America Illinois PC PO Box 582663 Modesto, CA 95358-0046 | | | | | |
| | Cavalry Portfolio Serv 7 Skyline Dr Ste 3 Hawthorne, NY  10532 | | | | | |
| | Cavalry Portfolio Services Inc PO Box 27288 Tempe, AZ 85285-7288 | | | | | |
| | Centegra Health System 13707 W Jackson Street Woodstock, IL  60098 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Centegra Health System PO Box 5995 Peoria, IL  61601-5995 | | | | | |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL  60085 | | | | | |
| | Chase Card Member Services P.O, Box 15153 Wilmington, DE  19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Citi Ctb Po Box 22066 Tempe, AZ  85285 | | | | | |
| | Citifinancial POB 6931 The Lakes, NV  88901-6931 | | | | | |
| | Client Services, Inc 3451 Harry Truman Blvd St. Charles, MO  63301-4047 | | | | | |
| | Coast 2 Coast Financia 101 Hodencamp Rd Ste 120 Thousand Oaks, CA  91360 | | | | | |
| | Comprehensive Urological Care 2285 Pepper Rd Barrington, IL  60010-0301 | | | | | |
| | Credit Management, LP PO BOX 118288 Carrollton, TX  75011-8288 | | | | | |
| | Creditors Collection B 11 N 6th St Ste B Pekin, IL  61554 | | | | | |
| | Creditors Financial Group LLC POB 440290 Aurora, CO  80044-0290 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | | | | | |
| | Creditors Protection Service, INC. 202 West State Street, Suite 300 P.O. Box 4115 Rockford, IL  61110-0615 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Protection Service, INC. 202 West State Street, Suite 300 P.O. Box 4115 Rockford, IL  61110-0615 | | | | | |
| | Creditors Protection Service, INC. 202 West State Street, Suite 300 P.O. Box 4115 Rockford, IL  61110-0615 | | | | | |
| | Creditors Protection Service, INC. 202 West State Street, Suite 300 P.O. Box 4115 Rockford, IL  61110-0615 | | | | | |
| | Dick's Sporting Goods GE Money Bank PO BOx Orlando, FL  32896-0061 | | | | | |
| | Dr Zoran D Stojanovic & Assoc, LTD 712 Main Street West Dundee, IL  60118 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040 | | | | | |
| | Elmhurst Emergency Med Services 1165 Payshpere Circle Chicago, IL  60674-0011 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Encore Receivable Management Inc. 400 N. Rogers Rd. P.O. Box 3330 Olathe, KS  66063-3330 | | | | | |
| | Encore Receivable Management Inc. 400 N. Rogers Rd. P.O. Box 3330 Olathe, KS  66063-3330 | | | | | |
| | Enhanced Recover Company LLC 8014 Bayberry Rd Jacksonville, FL  32256-7412 | | | | | |
| | Enhanced Recover Company LLC 8014 Bayberry Rd Jacksonville, FL  32256-7412 | | | | | |
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL  32256 | | | | | |
| | Enhanced Recovery Company LLC 8014 Bayberry Rd Jacksonville, FL  32256-7412 | | | | | |
| | Equable Ascent Financi 1120 West  Lake Co Buffalo Grove, IL  60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Er Solutions Inc PO Box 9004 Renton, WA 98057-9004 | | | | | |
| | Express Response PO Box 406 Frmngdale, NY 11735-0406 | | | | | |
| | FBCS Services 2200 Byberry Rd Ste 120 Hatboro, PA 19040-3738 | | | | | |
| | FMA Alliance Ltd 11811 North Freeway Suite 900 Houston, TX 77060 | | | | | |
| | Fcnb Mstr Tr P.o. Box 3412 Omaha, NE 68197 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Financial Recovery Services POB 385908 Minneapolis, MN 55438-5908 | | | | | |
| | First Federal Credit Control PO Box20790 Columbus, OH 43220-0790 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Collections Bureau 610 Waltham WAy Sparks, NV  89434 | | | | | |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD  57104 | | | | | |
| | Firstsource Advantage LLC 205 Bryant Woods South Amherst, NY  14228 | | | | | |
| | Focus Receivables Management Suite 150 1130 Northchase Parkway Marietta, GA  30067 | | | | | |
| | Focus Receivables Management Suite 150 1130 Northchase Parkway Marietta, GA  30067 | | | | | |
| | Fox Valley Laboratory Physicians, S.C Po Box 5133 Chicago, IL  60680-5133 | | | | | |
| | Fox Valley Womens Healthcare SC 1435 N Randall Rd., Ste 309 Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederick J Hanna & Associates P.C. 1427 Roswell Rd Marietta, GA  30062 | | | | | |
| | Frederick J Hanna & Associates P.C. 1427 Roswell Rd Marietta, GA  30062 | | | | | |
| | Freedman Anselmo Lindberg LLC 1807 West Diehl Road, Suite 333 Naperville, IL 60566-7228 | | | | | |
| | GC Services 6330 Gulfton Houston, TX  77081 | | | | | |
| | GE Money Bank PO Box 960061 Orlando, FL  32896-0061 | | | | | |
| | GGT Comprehensive Urologic Care 22285 Pepper Rd Ste201 Barrington, IL 60010-0301 | | | | | |
| | GK Medical Management PO Box 1208 Morton Grove, IL 60053-7208 | | | | | |
| | Gap PO Box 530942 Atlanta, GA  30353-0942 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gastroenterology & Internal Medicine Spc 22285 Pepper Road, Suite 311 Lake Barrington, IL  60010 | | | | | |
| | Gecrb/gap Po Box 965005 Orlando, FL  32896 | | | | | |
| | Genesis Financial Solutions, Inc. PO Box 4865 Beaverton, OR  97076-4865 | | | | | |
| | Genpact Services LLC Southgate, MI  48195-0969 | | | | | |
| | Greater Elgin Emergency Specialists, LTD PO Box 5940 20-1105 Carol Stream, IL  60197-5940 | | | | | |
| | Greater Elgin Emergency Specialists, LTD PO Box 5940 20-1105 Carol Stream, IL  60197-5940 | | | | | |
| | H&R Accounting Inc P.O&gt; Box 672 7017 John Deere Pkwy Moline, IL  61266-0672 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H&R Accounting Inc P.O&gt; Box 672 7017 John Deere Pkwy Moline, IL  61266-0672 | | | | | |
| | H&R Accounting Inc P.O&gt; Box 672 7017 John Deere Pkwy Moline, IL  61266-0672 | | | | | |
| | H&R Accounting Inc P.O&gt; Box 672 7017 John Deere Pkwy Moline, IL  61266-0672 | | | | | |
| | H&R Accounting Inc P.O&gt; Box 672 7017 John Deere Pkwy Moline, IL  61266-0672 | | | | | |
| | H&R Accounting Inc P.O&gt; Box 672 7017 John Deere Pkwy Moline, IL  61266-0672 | | | | | |
| | HOme Pages PO Box 982 Dekalb, IL  60115 | | | | | |
| | HSBC Card Services POB 17051 Baltimore, MD  21297-1051 | | | | | |
| | HSBC Card Services POB 17051 Baltimore, MD  21297-1051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services POB 17051 Baltimore, MD 21297-1051 | | | | | |
| | Harris & Harris LTD 222 Merchandise Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Harris & Harris LTD 600 West Jackson Blvd Suite 400 Chicago, IL 60661 | | | | | |
| | Harris & Harris LTD 600 West Jackson Blvd Suite 400 Chicago, IL 60661 | | | | | |
| | Harris & Harris LTD 600 West Jackson Blvd Suite 400 Chicago, IL 60661 | | | | | |
| | Harris 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Harris 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Home Depot Credit Services PO Box 689100 Des Moines, IA 50368-9100 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Household Credit Services PO Box 88000 Baltimore, MD 21288-0001 | | | | | |
| | Household Credit Services PO Box 88000 Baltimore, MD 21288-0001 | | | | | |
| | Huntley Meadows Homeowners C/O Northwest Property Management 780 Tek Drive Crystal Lake, IL 60014 | | | | | |
| | I H C Swedish American Emergency Physica PO Box 3261 Milwaukee, WI 53201-3261 | | | | | |
| | I.C. System, INC. PO Box 64887 444 Highway 96 East St Paul, MN 55164-0887 | | | | | |
| | Illinois Collection Service 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Service Inc. PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J.C. Christensen And Associates Inc PO Box 519 Sauk Rapids, MN  56379 | | | | | |
| | JC Christensen & Assoc POB 519 Sauk Rapids, MN  56379 | | | | | |
| | Jcpenney P.O&gt; Box 960090 Orlando, FL  32896-0090 | | | | | |
| | Kay Jewelers 375 Ghent Rd Akron, OH  44333 | | | | | |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL  60004 | | | | | |
| | Kids First Pediatric Dentistry 1534 Weatherstone Lane Elgin, IL  60123 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | | | | |
| | LHR INC. 56 Main St Hamburg, NY  14075-4905 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LTD Financial Services 7322 Southwest Freeway, Suite 1600 Houston, TX  77074 | | | | | |
| | LTD Financial Services 7322 Southwest Freeway, Suite 1600 Houston, TX  77074 | | | | | |
| | Lane Bryant P.O. Box 408 Milford, OH  45150-0408 | | | | | |
| | Law Offices Kevin M Kelly P.C. 10 E. 22nd St, Suite 216 Lombard, IL  60148 | | | | | |
| | Leading Edge Recovery Solutions, LLC 5440 N Cumberland Ave, Ste 300 Chicago, IL  60656-1490 | | | | | |
| | Lowes PO Box 530914 Atlanta, GA  30353-0914 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX  77274 | | | | | |
| | MOHs Surgery Center 820 W TErra Cotta Ave, Suite 125 Crystal Lake, IL  60014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macy's POB 689195 Des Moines, IA  50368-9195 | | | | | |
| | Malibu Pilates 95 Old Shoals Road, Dept C Arden, NC 28704 | | | | | |
| | McHenry Radiologists Imaging Assoc PO Box 220 McHenry, IL  60051-0220 | | | | | |
| | McHenry Radiologists Imaging Assoc PO Box 220 McHenry, IL  60051-0220 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | MedLink Health Care Networks 6830 Wilshire Blvd, Suite 900 Los Angles, CA 90048 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Dental Hospital Bureau 7507 N. 2nd Street Unit C Machesney Park, IL 61115 | | | | | |
| | Meijer PO Box 960015 Orlando, FL 32896-0015 | | | | | |
| | Midland Credit Management PO Box 60578 Los Angles, CA 90060-0578 | | | | | |
| | Midland Credit Management PO Box 60578 Los Angles, CA 90060-0578 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |
| | Mira Med Revenue Group LLC. Dept 77304 P.O. Box 77000 Detroit, MI  48277-0304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL  60148 | | | | | |
| | Moraine Emergency Physicians P.O. Box 8759 Philadelphia, PA  19101-8759 | | | | | |
| | Mutual Management 401 E State Rockford, IL  61104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mutual Management 401 E State Rockford, IL  61104 | | | | | |
| | Mutual Management 401 E State Rockford, IL  61104 | | | | | |
| | Mutual Management 401 E State Rockford, IL  61104 | | | | | |
| | Mutual Management 401 E State Rockford, IL  61104 | | | | | |
| | Mutual Management Services POB 4777 Rockford, IL 61110 | | | | | |
| | Mutual Management Services POB 4777 Rockford, IL 61110 | | | | | |
| | Mutual Mgmt 401 E State Rockford, IL  61104 | | | | | |
| | Mutual Mgmt 401 E State Rockford, IL  61104 | | | | | |
| | NCC Business Services, INC Suite 300 3733 University Blvd. Jacksonville, FL  32217 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCC Business Services, INC Suite 300 3733 University Blvd. Jacksonville, FL  32217 | | | | | |
| | NCC Business Services, INC Suite 300 3733 University Blvd. Jacksonville, FL  32217 | | | | | |
| | NCO Financial Systems POB 4906, Dept 64 Trenton, NJ 08650 | | | | | |
| | NOrthwest Community Hospital 800 West Central Rd Arlington Heights Rd, IL 60005 | | | | | |
| | National Asset Recovery Services Inc. PO Box 701 Chesterfield, MO  63006-0701 | | | | | |
| | National CiMortgage PO BOX 1820 Dayton, OH 45401-1820 | | | | | |
| | National CiMortgage PO BOX 1820 Dayton, OH 45401-1820 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National CiMortgage PO BOX 1820 Dayton, OH 45401-1820 | | | | | |
| | National CiMortgage PO BOX 1820 Dayton, OH 45401-1820 | | | | | |
| | National City Bank PO Box 5570 Cleveland, OH  44101-0570 | | | | | |
| | National Recovery Agency PO 67015 Harrisburg, PA 17106-7015 | | | | | |
| | Nationwide Credit Inc 4700 Vestal Pkwy E Vestal, NY 13850-3770 | | | | | |
| | Natl Cty Crd 1 Financial Pkwy Kalamazoo, MI  49009 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | | | | |
| | Nitin Kher Md PO Box 787 McHenry, IL  60051-9013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern IL Scanning P.O. Box 4073 Rockford, IL 61008-9035 | | | | | |
| | Northern Illinois Retina 4855 East State Street Rockford, IL 61108 | | | | | |
| | Northland Group POB 390846 Minneapolis, MN  55439 | | | | | |
| | Northland Group POB 390846 Minneapolis, MN  55439 | | | | | |
| | Northland Group POB 390846 Minneapolis, MN  55439 | | | | | |
| | Northland Group POB 390846 Minneapolis, MN  55439 | | | | | |
| | Northland Group POB 390846 Minneapolis, MN  55439 | | | | | |
| | Northstar Location Services, LLC 4285 Genesee St Cheektowaga, NY  14225-1943 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd Rolling Meadow, IL  60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Suburban Imaging Assoc SC 34659 Eagle Way Chicago, IL  60678-1346 | | | | | |
| | Nothland Group Inc PO BOx 390846 Minneapolis, MN 55439 | | | | | |
| | OSF Health Medical Center 5510 East State Street Rockford, IL 61108 | | | | | |
| | OSF St. Anthony Medical Center 5510 East State Street Rockford, IL  61108-2381 | | | | | |
| | OSF St. Anthony Medical Center 5510 East State Street Rockford, IL  61108-2381 | | | | | |
| | Oakland Medical Group 4900 S. Route 31 Ste 120 Crystal Lake, IL  60012 | | | | | |
| | Omni Credit Services Of Florida Inc PO BOX 23381 Tampa, FL  33623-3381 | | | | | |
| | Oriental Trading Company PO Box 790403 St Louis, MO 63179-0403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Orthopedic Associates Of No IL 1235 N Mulford Rd Suite 100 Rockford, IL  61107 | | | | | |
| | PNC Bank P.O. Box 3429 Pittsburgh, PA  15230-3429 | | | | | |
| | PNC Bank P.O. Box 3429 Pittsburgh, PA  15230-3429 | | | | | |
| | Paam Col 14 Piedmont Center Atlanta, GA  30305 | | | | | |
| | Paragon Way Inc 2101 W Ben White Blvd Austin, TX 78704 | | | | | |
| | Paul Michael Associates 186-09 Union Turnpike Flushing, NY  11366 | | | | | |
| | Paul Michael Marketing 18609 Union Tpke Flushing, NY  11366 | | | | | |
| | Pediatric Eye Associates 3612 Lake Avenue 2C Wilmette, IL 60091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pentagroup Financial LLC Suite 1400 2929 Corporate Dr Houston, TX  77036 | | | | | |
| | Pentagroup Financial LLC Suite 1400 2929 Corporate Dr Houston, TX  77036 | | | | | |
| | Pentagroup Financial LLC Suite 1400 2929 Corporate Dr Houston, TX  77036 | | | | | |
| | Portfolio Recvry And Affil 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | | | | |
| | Portfolio Recvry And Affil 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | | | | |
| | Portfolio Recvry And Affil 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD  21264-4804 | | | | | |
| | RAB INC C/O CCSI PO Box 34119 Memphis, TN  38184 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RDK Collection Services, INC PMB 321 318 John R Rd Troy, MI 48083-4542 | | | | | |
| | RMH Pathologists Ltd C/O Professional Billing 6785 Weaver Rd #D Rockford, IL 61114 | | | | | |
| | RMH Pathologists Ltd C/O Professional Billing 6785 Weaver Rd #D Rockford, IL 61114 | | | | | |
| | RPM PO BOX 1548 Lynwood, WA 98046-1548 | | | | | |
| | RPM T-Mobile 10465 Casselberry Huntly, IL 60142-9005 | | | | | |
| | Radiology Consultants Of Rockford LTD P.O. Box 4542 Rockford, IL 61110-4542 | | | | | |
| | Randall Medical Imaging 1710 N Randall Rd Ste 180 Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rauch Milliken International Inc POB 8390 Metairie, LA 70011 | | | | | |
| | Redline Recovery Services LLC 11675 Rainwater Dr., Suite 350 Alpharetta, GA 30009-8693 | | | | | |
| | Regina B Bielkus Md PO Box 967 Tinley Park, IL  60477-0967 | | | | | |
| | Richard J. Boudreau & Associates LLC 5 Industrial Way Salem, NH  03079 | | | | | |
| | Rock Valley Pathologists, LTD. P.O. Box 15258 Rockford, IL  61132-5258 | | | | | |
| | Rockford Anesthesiologist Associated PO Box 4569 Rockford, IL  61110-4569 | | | | | |
| | Rockford GHeHealth Physicans Dept Ch 10862 Palatine, IL  60055-0862 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Gastroenterology Assoc 401 Roxbury Road Rockford, IL  61107-5075 | | | | | |
| | Rockford Gastroenterology Assoc 401 Roxbury Road Rockford, IL  61107-5075 | | | | | |
| | Rockford Health Medical Lab P.O. Box 138 Rockford, IL  61105 | | | | | |
| | Rockford Health Physicians 6785 Weaver Rd. Suite D Rockford, IL  61114 | | | | | |
| | Rockford Health Physicians Dept Ch 10862 Palatine, IL 60055 | | | | | |
| | Rockford Health Physicians Dept Ch 10862 Palatine, IL 60055 | | | | | |
| | Rockford Health System 2400 North Rockton Ave Rockford, IL  61103 | | | | | |
| | Rockford Health System PO BOX 14125 Rockford, IL 61105-4125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL  61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Radiology Assoc. POB 5368 Rockford, IL 61125-0368 | | | | | |
| | Rockford Urological Associates, LTD. 351 Executive Pkwy Rockford, IL 61107 | | | | | |
| | SRA Associates Inc 401 Minnetonka Rd Hi Nella, NJ 08083 | | | | | |
| | Sam's Club/GEMB POB 530981 Atlanta, GA 30353-0981 | | | | | |
| | Sears Credit Cards POB 183082 Columbus, OH 43218-3082 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sherman Health Hospital 1425 Northa Randall Road Elgine, IL 60123 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL 60678-1351 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sherman Health Hospital 351134 Eagle Way Chicago, IL  60678-1351 | | | | | |
| | Sherman Hospital 1425 North Randall Rd Elgin, IL  60123 | | | | | |
| | Signature Medical Asscoiation 75 Remittance Dr., Suite 6531 Chicago, IL  60675-6531 | | | | | |
| | Stanislaus Credit Control Service 914 14th Street Post Office Box 480 Modesto, CA 95353 | | | | | |
| | Stanislaus Credit Control Service 914 14th Street Post Office Box 480 Modesto, CA 95353 | | | | | |
| | Stanislaus Credit Control Service 914 14th Street Post Office Box 480 Modesto, CA 95353 | | | | | |
| | State Collection Servi 2509 S Stoughton Rd Madison, WI 53716 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Insurance PO Box 23025 Colombus, GA  31902-3025 | | | | | |
| | Stellar Recovery 1327 Highway 2 W. Suite 100 Kalispell, MT  59901-3413 | | | | | |
| | Sunrise Credit Services POB 9100 Farmingdale, NY 11735-9100 | | | | | |
| | Swedish American Hospital PO Box 950 Waukegan, IL 60085 | | | | | |
| | T Mobile POB 248848 Oklahoma City, OK  73124-8848 | | | | | |
| | Target National Bank PO Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | Thd/cbna Po Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Thd/cbna Po Box 6497 Sioux Falls, SD  57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Foot Physicians 331 N Randall Rd Lake In The Hills, IL  60156 | | | | | |
| | The Neat Company Dr Billing Department 1601 MArket St. Suite 3500 Philadelphia, PA 19104 | | | | | |
| | The Rockford Surgical Service 5668 East State Street Rockford, IL  61108-2464 | | | | | |
| | The Shindler Law Firm 1990 E Algonquin Rd, Suite 180 Schaumburg, IL  60173 | | | | | |
| | Transworld System Inc PO Box 15520 Wilmington, DE 19850-5520 | | | | | |
| | Transworld System Inc PO Box 15520 Wilmington, DE 19850-5520 | | | | | |
| | Transworld System Inc PO Box 15520 Wilmington, DE 19850-5520 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld System Inc PO Box 15520 Wilmington, DE 19850-5520 | | | | | |
| | Triad Radiology & Imaging LTD 8930 Waukegan Road, Ste 210 Morton Grove, IL 60053-2116 | | | | | |
| | United Recovery Systems PO Box 722910 Houston, TX 77272-2910 | | | | | |
| | United Recovery Systems PO Box 722910 Houston, TX 77272-2910 | | | | | |
| | Universal Fidelity LP P.O. Box 941911 Houston, TX 77084 | | | | | |
| | Verizon Wireless 5165 Emerald Pkwy Dublin, OH 43017 | | | | | |
| | Viking Collection Services 7500 Office Ridge Circle Eden Prairie, MN  55344-3678 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village Of Arlington Heights PO Box 95349 Palatine, IL 60095-0349 | | | | | |
| | WAlmart 7000 Marina Blvd Brisbane, CA  94005 | | | | | |
| | WaMu P.O. Box 660433 Dallas, TX  75266-0433 | | | | | |
| | Weltman Weinberg & Reis CO., LPA 323 W. Lakeside Ave., Ste 200 Cleveland, OH 44113-1009 | | | | | |
| | Weltman Weinberg & Reis CO., LPA 323 W. Lakeside Ave., Ste 200 Cleveland, OH 44113-1009 | | | | | |
| | Weltman Weinberg & Reis CO., LPA 323 W. Lakeside Ave., Ste 200 Cleveland, OH 44113-1009 | | | | | |
| | Wfnnb/lanebr Po Box 182789 Columbus, OH  43213 | | | | | |
| | Wibicki Family Dental 4 Cedar Ridge Drive #4F Lake In The Hills, IL  60156 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wireless 4 U 1072 Spring Hill West Dundee, IL  60118 | | | | | |
| | Womens Center Of Northern Illinois 10310 MAson Ave #1 N Oak Lawn, IL  60453-6000 | | | | | |
| | Work Plus Occupational Health 3101 N. Harlem Ave. Chicago, IL  60634 | | | | | |
| 000001 | ADVANTAGE ASSETS II, INC. | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000011 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CAVALRY PORTFOLIO SERVICES | | | | | |
| 000008 | GE CAPITAL RETAIL BANK | | | | | |
| 000003 | PNC BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000007 | ROCKFORD MERCANTIL AGENCY INC | | | | | |
| 000004 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

Case No:        12-80497      MLB    Judge: MANUEL BARBOSA

Case Name:    VAZQUEZ, LUIS M
              VAZQUEZ, LILIA

For Period Ending: 09/05/13

Trustee Name:    DANIEL M. DONAHUE

Date Filed (f) or Converted (c):  02/15/12 (f)

341(a) Meeting Date:  03/22/12

Claims Bar Date:   03/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House 1364 Pondview Drive Belvidere, IL 61008 Purc | 149,833.00 | 0.00 | | 0.00 | FA |
| 2. House 515 Columbia Avenue Elgin, IL 60120 Purchase | 100,000.00 | 0.00 | | 0.00 | FA |
| 3. Residence 10465 Casselberry South Huntley, IL 6014 | 233,193.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 5. Checking Algonquin Bank & Trust Acct #xxxxxx2917 | 250.00 | 0.00 | | 0.00 | FA |
| 6. Checking Algonquin Bank & Trust Acct #xxxxxx2917 | 400.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods & Furnishings | 375.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2000 Chevrolet Sonoma | 875.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Chevrolet Blazer | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Tank & Trailer for Sealcoating | 200.00 | 0.00 | | 0.00 | FA |
| 12. Income Tax Refund (u) | 0.00 | 5,455.00 | | 5,455.00 | FA |
| 13. Sealexpress Trucking, Inc. 100% owner | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $486,746.00 | $5,455.00 | | $5,455.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/13       Current Projected Date of Final Report (TFR): 09/01/13

FORM 2                                                                                   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| | |
|---|---|
| Case No: | 12-80497 -MLB |
| Case Name: | VAZQUEZ, LUIS M |
| | VAZQUEZ, LILIA |
| Taxpayer ID No: | *******6072 |
| For Period Ending: | 09/05/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******9363  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | 12 | LUIS AND LILIA VAZQUEZ | INCOME TAX REFUND | 1229-000 | 5,455.00 | | 5,455.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 5,445.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 5,435.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 5,425.00 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 4.48 | 5,420.52 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (May, 2013) | 2600-000 | | 10.00 | 5,410.52 |
| 08/05/13 | 000101 | DANIEL M. DONAHUE, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 1,295.50 | 4,115.02 |
| | | P.O. BOX 2903 | | | | | |
| | | ROCKFORD, IL 61132-2903 | | | | | |
| 08/05/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 600.00 | 3,515.02 |
| 08/05/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 2.70 | 3,512.32 |
| 08/05/13 | 000104 | Advantage Assets II, Inc. | Claim 000001, Payment 12.7% | 7000-000 | | 469.00 | 3,043.32 |
| | | 7322 Southwest Freeway, Suite 1600 | | | | | |
| | | Houston, TX 77074 | | | | | |
| 08/05/13 | 000105 | Cavalry Portfolio Services | Claim 000002, Payment 12.7% | 7100-000 | | 808.96 | 2,234.36 |
| | | 500 Summit Lake Drive Suite 400 | | | | | |
| | | Valhalla, NY 10595-1340 | | | | | |
| 08/05/13 | 000106 | PNC BANK | Claim 000003, Payment 12.7% | 7100-000 | | 387.19 | 1,847.17 |
| | | PO BOX 94982 | | | | | |
| | | CLEVELAND, OHIO 44101 | | | | | |
| 08/05/13 | 000107 | State Farm Bank | Claim 000004, Payment 12.7% | 7100-000 | | 387.86 | 1,459.31 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 08/05/13 | 000108 | American InfoSource LP as agent for | Claim 000005, Payment 12.7% | 7100-000 | | 84.41 | 1,374.90 |

Page Subtotals                                            5,455.00        4,080.10

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 54)*

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| | |
|---|---|
| Case No: | 12-80497  -MLB |
| Case Name: | VAZQUEZ, LUIS M |
| | VAZQUEZ, LILIA |
| Taxpayer ID No: | *******6072 |
| For Period Ending: | 09/05/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******9363  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/13 | 000109 | Asset Acceptance as assignee of LANE BRYANT RETAIL / WFNN PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000006, Payment 12.7% | 7100-000 | | 182.89 | 1,192.01 |
| 08/05/13 | 000110 | American InfoSource LP as agent for Asset Acceptance as assignee of CITIBANK - SEARS PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000007, Payment 12.7% | 7100-000 | | 110.32 | 1,081.69 |
| 08/05/13 | 000111 | Rockford Mercantil Agency Inc 2502 S Alpine Rd Rockford, IL 61108 | Claim 000008, Payment 12.7% | 7100-000 | | 86.04 | 995.65 |
| 08/05/13 | 000112 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000009, Payment 12.7% | 7100-000 | | 345.87 | 649.78 |
| 08/05/13 | 000113 | Portfolio Recovery Associates, LLC Successor to CITIFINANCIAL,INC. by PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Claim 000010, Payment 12.7% | 7100-000 | | 486.49 | 163.29 |
| 08/05/13 | 000114 | Portfolio Recovery Associates, LLC Successor to HSBC BANK NEVADA, N.A. by PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Claim 000011, Payment 12.7% | 7100-000 | | 163.29 | 0.00 |
| | | American InfoSource LP as agent for AIS Recovery Solutions, LLC PO Box 269043 Oklahoma City, OK 73126-9043 | | | | | |

Page Subtotals                          0.00          1,374.90

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-80497  -MLB |
| Case Name: | VAZQUEZ, LUIS M |
| | VAZQUEZ, LILIA |
| Taxpayer ID No: | *******6072 |
| For Period Ending: | 09/05/13 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******9363  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,455.00 | 5,455.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,455.00 | 5,455.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,455.00 | 5,455.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | TOTAL - ALL ACCOUNTS | | | | | |
| | | GENERAL CHECKING - *********9363 | | | 5,455.00 | 5,455.00 | 0.00 |
| | | | | | ------------------- | ------------------- | ------------------- |
| | | | | | 5,455.00 | 5,455.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 56)*